

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

After several motions for extension of time were granted, Appellant Luis Arnaldo Baez filed his brief on March 16, 2015. Appellant's brief exceeded the word count provided by Rule 9.4(i)(2)(B) of the Texas Rules of Appellate Procedure. On April 16, 2015, Appellant filed an amended brief with this court. On May 26, 2015, the State filed a motion to strike Appellant's brief for failure to comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1(g). The State's motion is GRANTED. The brief does not contain a statement of facts or summary of the argument. Because Appellant raises a sufficiency of the evidence argument, these sections are particularly important for locating arguments and factual assertions in the record. *See id.* R. 38.1(g) ("The statement [of facts] must be supported by record references.").

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Appellant Luis Baez to file an amended brief within FIFTEEN DAYS of the date of this order. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g., id.* R. 9.4, 9.5, 38.1.

If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(b)(4) (authorizing this court to initiate contempt proceedings against appellant's counsel under certain circumstances).

If Appellant timely files a brief that complies with this order, the State's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

_____
Keith E. Hottle
Clerk of Court

